IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SIDNEY MARTS,
    Plaintiff,

vs.                                    3:08cv24/RV/MD

JACK BEHR, et al.,
    Defendants.
_____

### O R D E R

    Upon consideration of the Report and Recommendation of the Magistrate Judge filed on February 14, 2008, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing the objections to the Recommendation, the Report and Recommendation is adopted as the opinion of the Court.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This cause is DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(ii).

    3.    All pending motions are DENIED as moot.

    4.    The clerk is directed to close the file.

    At Pensacola, Florida, this 10th day of April, 2008.

                                                */s/* *Roger Vinson*
                                                ROGER VINSON
                                                SENIOR UNITED STATES DISTRICT JUDGE